IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOHN ELIAS SCOTT,<br><br>  Plaintiff,<br><br>vs.<br><br>JUDGE CHRISTINE JOHNSON,<br><br>  Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:15-cv-292-TC-PMW<br><br>Judge Tena Campbell |

Plaintiff John Elias Scott filed several motions with this court, including (1) a motion for service of process, (2) a motion to stay a state-court proceeding, (3) a motion for immediate intervention in a state case, and (4) a motion for appointment of counsel.  (See ECF No. 4, 5, 9, 10.)  On September 13, 2016, United States Magistrate Judge Paul Warner issued a Report and Recommendation (R&R).  (R. & R. 7, ECF No. 12.)  The R&R recommended that Mr. Scott's "complaint be dismissed in its entirety and the pending motions be rendered moot."  (Id. (emphasis omitted).)

Objections to the R&R were due no later than September 30, 2016. (Id. at 8.) But neither party has filed an objection. The court has reviewed the R&R and adopts it as the order of this court.

Accordingly, Mr. Scott's complaint is DISMISSED in its entirety and the pending motions are rendered MOOT. The Clerk of the Court is directed to close the case.

DATED this 7th day of October, 2016.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge